ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Email addresses: nancy@farsadlaw.com;
farsadlaw1@gmail.com

Attorneys for Debtor / debtor-in-possession

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

|  |  |
|---|---|
| In re:<br><br>MUZYEN MUHE ABDULKADIR,<br><br>           Debtor. | Case No. 20-51468 MEH<br>Chapter 11<br><br>**DECLARATION OF MUZYEN MUHE ABDULKADIR IN SUPPORT OF APPLICATION FOR FINAL DECREE**<br><br>**Judge: Honorable M. Elaine Hammond** |

I, Muzyen Muhe Abdulkadir, declare and say:

1. I am the Debtor herein this bankruptcy case.

2. An Order Confirming Chapter 11 Plan was entered on January 22 , 2021. (Docket No. 47.)

3. A post-confirmation quarterly report is not yet due.

4. The Plan did not propose that any property be transferred.

5. I have continued with the management of the property dealt with under the Plan.

6. There are no unresolved motions, contested matters, or adversary proceedings other than my general bankruptcy counsel's First and Final Application for Compensation set for hearing on March 11, 2021 at 10:00 am. (Case Docket No. 49.) In that regard, I understand that

Case: 20-51468   Doc# 54   Filed: 02/20/21   Entered: 02/20/21 12:33:35   Page 1 of 5

we will not be seeking a "default" order on this Application for a Final Decree until after that hearing is conducted / resolved.

7.  The estate has been fully administered within the meaning of 11 U.S.C. §350(a).

8. All claims and expenses required to be paid upon confirmation or the Effective Date of the plan have been paid. (Please see the attached **Exhibit A** for copies of all payments made as required by the confirmed Plan.)

9. I believe that all post-confirmation taxes have been paid as well.

10. All payments called for under the Chapter 11 confirmed Plan have been paid.

11. Accordingly, for all of the reasons stated above and in the subject application, I respectfully request that a Final Decree be entered.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Jose, California, on February 20, 2021.


*/s/ Muzyen Muhe Abdulkadir*
Muzyen Muhe Abdulkadir
Debtor / debtor-in-possession herein

EXHIBIT A

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Dallas, TX 75260

OFFICIAL USE

Certified Mail Fee $3.55

$2.85

Extra Services & Fees (check box, add fee as appropriate)

☐ Return Receipt (hardcopy)          $0.00
☐ Return Receipt (electronic)        $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required           $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $0.55

Total Postage and Fees $6.95

01/21/2021

Sent To _SN Servicing Corporation_

Street and Apt. No., or PO Box No. _Bank Texas, LCard 660820_

City, State, ZIP+4® _Dallas, TX 75266-0820_

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 2450 0000 6227 7585

0111

| | |
|---|---|
| Date | 1 - 21 - 2021 |
| To | SN Service 6 |
| For | 265 Beegum Way |
| Previous Balance | |
| Deposit | |
| New Balance | |
| This Check | 4,130 |
| Balance Forward | |

## Check 0112

0112 █████ 468

Date: 1-23-21
To: IRS
For: 

Previous Balance
Deposit
New Balance
This Check — 247 | 24
Balance Forward — 247 | 24

**WELLS FARGO BANK** 0112
130 BLOSSOM HILL RD SAN JOSE , CA 95123

#█████ 468
DATE 1-23-21
11-4288/1210

PAY TO THE ORDER OF IRS                    $ 247.24
Two hundred forty seven    exp/100      DOLLARS

MUZYEN MUHE ABDULKADIR
265 BEEGUM WAY
SAN JOSE CA 95123-3606

⑆12104 288⑆ ██████ 3190⑈0112

---

## Check 0113

0113 2 █████ 468

Date: 1-23-21
To: IRS
For: 

Previous Balance
Deposit
New Balance
This Check — 659 | 42
Balance Forward — 659 | 42

**WELLS FARGO BANK** 0113
130 BLOSSOM HILL RD SAN JOSE , CA 95123

=█████ 468
DATE
11-4288/1210

PAY TO THE ORDER OF IRS                    $ 659.42
/00                                       DOLLARS

MUZYEN MUHE ABDULKADIR
265 BEEGUM WAY
SAN JOSE CA 95123-3606

⑆12104 288⑆ ██████ 3190⑈0113

---

## Check 0115

0115 #█████ 468

Date: 1-23-21
To: Nordstrom Rack
For: 

Previous Balance
Deposit
New Balance
This Check — 170 | 00
Balance Forward — 170 | 00

**WELLS FARGO BANK** 0115
130 BLOSSOM HILL RD SAN JOSE , CA 95123

█████ 468
DATE 1-23-21
11-4288/1210

PAY TO THE ORDER OF Nordstrom Rack        $ 170.—
One hundred seventy                       DOLLARS

MUZYEN MUHE ABDULKADIR
265 BEEGUM WAY
SAN JOSE CA 95123-3606

⑆12104 288⑆ ██████ 3190⑈0115

---

## Check 0116

0116

Date: SN Servicing Corp
To: 1-23-21
For: Mortgage

Previous Balance
Deposit
New Balance
This Check
Balance Forward

**WELLS FARGO BANK** 0116
130 BLOSSOM HILL RD SAN JOSE , CA 95123

DATE 1-23-21
11-4288/1210

PAY TO THE ORDER OF SN Servicing Corporation $ 100.—
One hundred                                DOLLARS

MUZYEN MUHE ABDULKADIR
265 BEEGUM WAY
SAN JOSE CA 95123-3606

⑆12104 288⑆ ██████ 3190⑈0116