ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Email addresses: nancy@farsadlaw.com;
farsadlaw1@gmail.com

Attorneys for Debtor/Debtor-in-possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MUZYEN MUHE ABDULKADIR,<br><br>Debtor. | Case No. 20-51468 MEH<br>Chapter 11<br><br>**NOTICE AND OPPORTUNITY FOR HEARING ON APPLICATION FOR FINAL DECREE; PROOF OF SERVICE**<br><br>**Judge: Honorable M. Elaine Hammond** |

**NOTICE IS HEREBY GIVEN** that the Debtor, Muzyen Muhe Abdulkadir, has filed herewith an APPLICATION FOR FINAL DECREE (the "Application"). You are notified that, pursuant to Bankruptcy Local Rule 3022-1(b), you are given fourteen (14) days from the date of mailing of this notice to request a hearing on this Application. Such a request shall be filed with the Clerk of the U.S. Bankruptcy Court at the following address:

**Clerk of the U. S. Bankruptcy Court**
**280 South First Street, Room 3035**
**San Jose, CA 95113-3099**

If there is not a timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default; and

The initiating party will give either: (1) at least 7 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made, or (2) at least 7 days written notice of the tentative hearing date.

Respectfully submitted,

FARSAD LAW OFFICE, P.C.                    Dated: February 20, 2021
/s/ Nancy Weng
Nancy Weng, Esq.
Attorneys for Debtor herein

# PROOF OF SERVICE

I am at least 18 years of age and NOT a party to the within action; my business address is FARSAD LAW OFFICE, P.C., 1625 The Alameda, Suite 525, San Jose, CA 95126.

On February 20, 2021, I served the interested parties with the document described as follows:

1. **NOTICE AND OPPORTUNITY FOR HEARING ON APPLICATION FOR FINAL DECREE; PROOF OF SERVICE;**
2. **APPLICATION FOR FINAL DECREE; and**
3. **DECLARATION OF MUZYEN MUHE ABDULKADIR IN SUPPORT OF APPLICATION FOR FINAL DECREE,**

**BY <u>USPS FIRST CLASS MAIL</u>:** By placing a true copy (or true copies) thereof enclosed in a sealed envelope with postage prepaid addressed to all addresses on the attached Court Creditor Matrix. The envelope was deposited in the United States Post Office in San Jose, California.

**BY <u>NOTICE OF ELECTRONIC FILING</u>:** I caused to be served the above-described document(s) by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the following parties and/or counsel who are registered ECF Users: **<u>All currently registered CM/ECF participants.</u>**

I declare under penalty of perjury that the foregoing is true and correct. Executed at <u>San Jose</u>, California, on February 20, 2021.

*/s/ Arasto Farsad*
Arasto Farsad, Esq.

| Label Matrix for local noticing<br>0971-5<br>Case 20-51468<br>California Northern Bankruptcy Court<br>San Jose<br>Thu Oct  8 17:32:49 PDT 2020 | U.S. Bankruptcy Court<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113-3099 | Axcess Financial<br>7755 Montgomery Road suite 400<br>Attn: Bankruptcy<br>Cincinnati, OH 45236-4197 |
|---|---|---|
| BSI Financial<br>Attn: Bankruptcy<br>101 N. 2nd St.<br>Titusville, PA 16354-0517 | Cam XVI Trust<br>c/o Scheer Law Group, LLP<br>26522 La Alameda, Ste 205<br>Mission Viejo, CA 92691-6546 | ECMC<br>PO Box 16408<br>Saint Paul, MN 55116-0408 |
| Internal Revenue Service<br>Central Insolvency Section<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Nordstrom/TD Bank<br>Attn: Bankruptcy<br>13531 E. Caley Ave.<br>Englewood, CO 80111-6505 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Rash Curtis & Associates<br>190 S Orchard Ave Ste A2<br>Vacaville, CA 95688-3645 | T-Mobile USA Inc.<br>c/o American InfoSource LP<br>4515 N. Santa Fe Ave.<br>Oklahoma City, OK 73118-7901 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Wells Fargo Bank<br>Attention: Bankruptcy<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Arasto Farsad<br>Farsad Law Office, P.C.<br>1625 The Alameda, Suite 525<br>San Jose, CA 95126-2224 |
| Muzyen Muhe Abdulkadir<br>PO Box 28865<br>San Jose, CA 95159-8865 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Portfolio Recovery Associates<br>Attn: Bankruptcy<br>PO Box 41067<br>Norfolk, VA 23541 | Toyota Motor Credit<br>Toyota Financial Services<br>Po Box 8026<br>Cedar Rapids, IA 52408 | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     0<br>Total                   15 |
|---|---|---|