Entered on Docket
March 11, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: March 11, 2021

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

MUZYEN MUHE ABDULKADIR,

          Debtor.

Case No. 20-51468 MEH

Chapter 11

## ORDER AUTHORIZING ENTRY OF FINAL DECREE

The Court, having reviewed and considered the Application for Final Decree, and good cause having been shown, it is

ORDERED that the Chapter 11 Final Decree be entered.

**END OF ORDER**

**COURT SERVICE LIST**

All ECF Recipients